McGREGOR W. SCOTT
United States Attorney
COURTNEY J. LINN
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

**FILED**

MAY 2 3 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) MJ: 08 mj 0189 GGH |
| v. | ) |
| IN RE: | ) SEALING ORDER |
| SEALED | ) |

## SEALING ORDER

Upon application of the United States of America and good
cause having been shown,

IT IS HEREBY ORDERED that the Affidavit, Complaint, and
Arrest Warrant in the above-reference case, and any matter
opening documents, shall be sealed pending further order of the
Court or the arrest of the defendant.

IT IS SO ORDERED.

DATED: May 23, 2008

GREGORY G. HOLLOWS
GREGORY G. HOLLOWS
United States Magistrate Judge