1  McGREGOR W. SCOTT
   United States Attorney
2  COURTNEY J. LINN
   Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700





IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | MJ: 08MJ0189 GGH |
| Plaintiff, | |
| v. | |
| IN RE: | UNSEALING ORDER |
| SEALED | |

# SEALED

### APPLICATION TO UNSEAL

On or about May 23, 2008, United States Magistrate Judge Gregory G. Hollows issued a sealing order in the above-captioned matter. Law enforcement agents are today executing the arrest warrant issued by this Court, and a search warrant issued by a Magistrate Judge in the Central District of California, and thus the justification for sealing the Affidavit, Complaint, and Arrest Warrant in this matter no longer exist. Accordingly, the United States requests that the Court unseal these documents.

///

///

## UNSEALING SEALING ORDER

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the previously sealed Affidavit, Complaint, and Arrest Warrant in the above-reference case, and any matter opening documents, be unsealed.

IT IS SO ORDERED.

DATED: 6/4/08

KIMBERLY J. MUELLER
United States Magistrate Judge