McGREGOR W. SCOTT
United States Attorney
COURTNEY J. LINN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2755

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MJ: 08MJ0189 GGH |
| ) | |
| Plaintiff, ) | AMENDED |
| ) | STIPULATION AND ORDER |
| v. ) | CONTINUING PRELIMINARY |
| ) | HEARING AND EXTENDING TIME AND |
| RAYMOND FLINT, JENNIFER BRAGG ) | ORDER THEREON |
| and MALIK MILES, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____) | |

Plaintiff United States of America, by and through its counsel, and defendants MALIK MILES and JENNIFER BRAGG, by and through their respective counsel, hereby STIPULATE as follows:

1.  On or about May 23, 2008, Magistrate Judge Hollows authorized a criminal complaint and arrest warrant for RAYMOND FLINT, JENNIFER BRAGG, and MALIK MILES. On or about June 4, 2008, RAYMOND FLINT and JENNIFER BRAGG were arrested on this complaint and arrest warrant and made initial appearances before a Magistrate Judge in the Central District of California. These defendants are scheduled to appear before this Court for a Preliminary Hearing on June 20, 2008, at 2:00 p.m. Defendant

1

1  MALIK MILES has not yet made an appearance, but has agreed
2  through counsel to self-surrender and make his initial appearance
3  at the June 20, 2008 Preliminary Hearing.
4       2.   The United States and defendants MALIK MILES and
5  JENNIFER BRAGG wish to continue the Preliminary Hearing date from
6  June 20, 2008, at 2:00 p.m. to August 1, 2008, at 2:00 p.m.  Such
7  a continuance is requested so that the parties may pursue a
8  possible pre-indictment resolution of the charges against these
9  two defendants.  Pursuant to Rule 5.1(d), Defendants MALIK MILES
10 and JENNIFER BRAGG consent to extend the time limits in Rule
11 5.1(c) from the date of this stipulation through and including
12 August 1, 2008.  With respect to defendant RAYMOND FLINT, the
13 June 20, 2008 Preliminary Hearing date is unaffected by this
14 stipulation and shall remain in place.
15      IT IS SO STIPULATED.
16 DATED:  06/17/08

17                                     /s/ Phillip K. Cohen
                                       PHILLIP K. COHEN
18                                     Counsel for defendant
                                       JENNIFER BRAGG
19

20 DATED: 06/17/08
                                       /s/ Rod Bickerstaff
21                                     ROD BICKERSTAFF
                                       Counsel for defendant
22                                     MALIK MILES

23

24                                     MCGREGOR W. SCOTT
                                       United States Attorney
25
   DATED: 06/17/08
26
                                       /s/ Courtney J. Linn
27                                     COURTNEY J. LINN
                                       Assistant U. S. Attorney
28

2

1                                ORDER
2      The Court, having read and considered the parties'
3 STIPULATION, and for GOOD CAUSE shown, hereby continues the
4 Preliminary Hearing in the above-referenced matter from June 20,
5 2008, at 2:00 p.m. to August 1, 2008, at 2:00 p.m. before duty
6 Magistrate Judge.  Pursuant to Rule 5.1(d), and with the consent
7 of the defendants, time for the Preliminary Hearing is extended
8 from June 17, 2008 through and including August 1, 2008.
9      IT IS SO ORDERED.
10 DATED:   June 18, 2008.

_____
U.S. MAGISTRATE JUDGE