1  R. K. BICKERSTAFF (153180)
2  LAW OFFICES OF R. K. BICKERSTAFF
   6820 La Tijera Blvd., Suite
3  Los Angeles, CA 90045
   Telephone: (310) 258.0650
4  Facsimile: (310) 258.0655

5  Attorney for Defendant Malik Miles

6
7
8              **SUPERIOR COURT OF THE STATE OF CALIFORNIA**
9                   **FOR THE COUNTY OF LOS ANGELES**
10

11 | UNITED STATES OF AMERICA | CASE NUMBER: **08MJ0189** |
   |---|---|
12 | Plaintiff, | AMENDED STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING AND EXTENDING TIME AND ORDER THEREON |
13 | V. | |
14 | RAYMOND FLINT, JENNIFER BRAGG and MALIK MILES, | |
15 | Defendants. | |

18     Plaintiff United States of America, by and through its counsel,
19 and defendant Malik Miles by and through his counsel, hereby STIPULATE
20 as follows:
21     1.  On or about May 23, 2008, Magistrate Judge Hollows
22 authorized a criminal complaint and arrest warrant for RAYMOND FLINT,
23 JENNIFER BRAGG, and MALIK MILES. On about June 04, 2008, RAYMOND FLINT
24 and JENNIFER BRAGG were arrested on this complaint and arrest warrant
25 and made initial appearances before a Magistrate Judge in the Central
26 District of California.
27
28 ///

1  These defendants were scheduled to appear before this Court for a
2  Preliminary Hearing on August 05, 2008, at 2:00 p.m. Defendant MALIK
3  MILES has not yet made an appearance, but had agreed through counsel
4  to self-surrender and make his initial appearance at the June 20, 2008
5  preliminary Hearing. The Court by stipulation of the parties continued
6  the June 20, 2008 preliminary Hearing.
7       2.   The United States and Counsel for defendant MALIK MILES want
8   to continue the preliminary Hearing date from August 05,2008 at 2:00
9  p.m. to August 21, 2008 at 2:00 p.m. Such continuance is requested so
10 that the parties may pursue a possible pre-indictment resolution of
11 the charges against defendant MALIK MILES. Pursuant to Rule 5.1(d),
12 Defendant MALIK MILES consents to this Stipulation through and
13 including August 21, 2008.

                                FACSIMILE SIGNATURE SAME AS ORIGINAL

DATED: August 4, 2008           /s/ Rod Bickerstaff
                                ROD BICKERSTAFF
                                Counsel for defendant
                                MALIK MILES

DATE: August 4, 2008            MCGREGOR W. SCOTT
                                United States Attorney

                                /s/ Courtney J. Linn
                                COURTNEY J. LINN

                                **ORDER**

       UPON GOOD CAUSE SHOWN **IT IS SO ORDERED.**

 DATED:  August 4, 2008.

                                _____
                                U.S. MAGISTRATE JUDGE