1  McGREGOR W. SCOTT
   United States Attorney
2  COURTNEY J. LINN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2755

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,     )   MJ: 08MJ0189 GGH
                                 )
12              Plaintiff,        )   STIPULATION AND ORDER
                                 )   CONTINUING PRELIMINARY
13      v.                        )   HEARING AND EXTENDING TIME AND
                                 )   ORDER THEREON
14 RAYMOND FLINT, JENNIFER BRAGG )
   and MALIK MILES,              )
15                               )
                Defendants.       )
16                               )
                                 )
17 _____)

18      Plaintiff United States of America, by and through its

19 counsel, and defendant JENNIFER BRAGG, by and through her

20 counsel, hereby STIPULATE as follows:

21      1.  On or about May 23, 2008, Magistrate Judge Hollows

22 authorized a criminal complaint and arrest warrant for RAYMOND

23 FLINT, JENNIFER BRAGG, and MALIK MILES.  On or about June 4,

24 2008, RAYMOND FLINT and JENNIFER BRAGG were arrested on this

25 complaint and arrest warrant and made initial appearances before

26 a Magistrate Judge in the Central District of California.

27 Defendant BRAGG is out of custody and presently scheduled to

28 ///

                                1

appear before this Court for a Preliminary Hearing on August 21, 2008, at 2:00 p.m.[1]

2.  The United States and defendant BRAGG have previously agreed to continue the Preliminary Hearing date on two occasions and case is presently scheduled for a Preliminary Hearing September 16, 2008 at 2:00 p.m. before the duty Magistrate Judge. Defendant BRAGG has been appointed counsel, Donald H. Heller, Esq., and Mr. Heller was provided with several thousand pages of discovery.  It is requested that in light of the extensive discovery provided, Mr. Heller's reasonable request for additional time to review and analyze the same, and the fact that the Government and Mr. Heller Have had discussions as to a possible pre-indictment resolution of accusations set forth in the complaint, the unsigned counsel respectfully request that the Preliminary Hearing be continued to October 10, 2008 at 2 p.m.

[1]  On June 20, 2008, defendant FLINT was arraigned on an indictment returned in United States v. Flint, 2:08-CR-288 GEB.

2

1   Pursuant to Rule 5.1(d), defendant BRAGG consents to this

2   Stipulation through and including October 10, 2008.

3       IT IS SO STIPULATED.

4

5   DATED: September 15, 2008     /s/ Donald H. Heller
6                              DONALD H. HELLER
                             Counsel for defendant
7                              Jennifer Bragg

8

9

10

11                              MCGREGOR W. SCOTT
                             United States Attorney

12   DATED: September 16,2008

13                              /s/ Courtney J. Linn
14                              COURTNEY J. LINN
                             Assistant U. S. Attorney

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER

The Court, having read and considered the parties'
STIPULATION, and for GOOD CAUSE shown, hereby continues the
Preliminary Hearing in the above-referenced matter from September
16, 2008, at 2:00 p.m. to October 10, 2008, at 2:00 p.m. before
the duty Magistrate Judge.  Pursuant to Rule 5.1(d), and with the
consent of the defendant, time for the Preliminary Hearing is
extended from September 16, 2008 through and including October
10, 2008.

IT IS SO ORDERED.

Dated: 09/17/08                /s/ Gregory G. Hollows
                               _____
                               United States Magistrate Judge


flint.ord

4